IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY AYERS,                                    No. C-05-3770 MMC

    Plaintiff,                              **ORDER OF RECUSAL**

  v.

PFIZER, INC., et al.,

    Defendants
                                      /

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated:  September 21, 2005

                                          MAXINE M. CHESNEY
                                          United States District Judge

Dockets.Justia.com