Elizabeth J. Cabraser (CA SBN 83151)
ecabraser@lchb.com
Scott P. Nealey (CA SBN 193062)
snealey@lchb.com
Nimish R. Desai (CA SBN 244953)
ndesai@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>Judge Charles R. Breyer |
| **This Order Relates to:**<br><br>Ayers v. Pfizer Inc., et al.<br>No. C-05-3770<br><br>Cherdak v. Pfizer, Inc., et al.<br>No. C-08-cv-02477<br><br>Daroogar v. Merck & Co., Inc., et al.<br>No. C-07-1061<br><br>Daubert et al. v. Pfizer, Inc. et al.<br>No. C-07-1493<br><br>Eliscu v. Merck & Co., Inc., et al.<br>No. C-06-3274<br><br>Kinzer et al. v. Pfizer, Inc., et al.<br>No. C-06-01714<br><br>Solis-King et al. v. Pfizer, Inc., et al.<br>No. M:06-CV-00371 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs NANCY AYERS, ERIK B. CHERDAK, SHAHIN DAROOGAR, PAMELA DAUBERT, WALTER DAUBERT, RICHARD ELISCU, LIZETTE KINZER,

805117.2                                                  - 1 -

1  WILLIAM SCOTT KINZER, CONSUELO SOLIS-KING, AND JERRY B. KING, and
2  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
3  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice with
4  each side bearing its own attorneys' fees and costs.

805117.2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 12, 2009 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | | By: _____ |
| 4 | | Scott P. Nealey |
| 5 | | Elizabeth J. Cabraser |
| | | ecabraser@lchb.com |
| 6 | | Scott P. Nealey |
| | | snealey@lchb.com |
| 7 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | | Embarcadero Center West |
| 8 | | 275 Battery Street, 30th Floor |
| | | San Francisco, CA 94111-3339 |
| 9 | | Telephone: (415) 956-1000 |
| | | Facsimile: (415) 956-1008 |
| 10 | | *Attorneys for Plaintiffs* |

Dated: ~~March~~ May 18, 2009    DLA PIPER LLP (US)

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ~~March~~ May 29, 2009    _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

805117.2                                      - 3 -